UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID RAMSEY,<br><br>        Plaintiff,<br><br>  vs.<br><br>HAROLD W. CLARKE and MAGGIE MILLER-STOUT,<br><br>        Defendants. | NO.  CV-07-290-LRS<br><br>ORDER DISMISSING COMPLAINT WITH PREJUDICE<br><br>**1915(g)** |

    By Order filed March 18, 2008, the court directed Mr. Ramsey to show cause why his complaint should not be dismissed as set forth in the Order to Amend or Voluntarily Dismiss filed October 25, 2007. Plaintiff did not respond and he has filed nothing further in this action.

    Accordingly, for the reasons set forth in the Order to Amend or Voluntarily Dismiss Complaint (Ct. Rec. 12), **IT IS ORDERED** the complaint is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

    Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be

ORDER DISMISSING COMPLAINT WITH PREJUDICE -- 1

precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).  **Plaintiff is advised to read the new statutory provisions under 28 U.S.C. § 1915.  This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims.**

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address, enter judgment, and close the file.  The District Court Executive is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Criminal Justice Division.

**DATED** this ___18th___ day of April, 2008.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT WITH PREJUDICE -- 2