AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

David Ramsey

                                                   **JUDGMENT IN A CIVIL CASE**

v.

Clarke, et al

                                                   CASE NUMBER: CV-07-290-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Complaint is DISMISSED With Prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C §§ 1915(e)(2) and 1915A(b)(1).

04/18/08
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson